Peter J. Babos, Esq. (SBN134171)
**LAW OFFICES OF PETER J. BABOS**
3731 Wilshire Blvd., Ste. 940
Los Angeles, CA 90010
Tel.: (310) 248-4822
Fax: (310) 388-5507

Attorneys for Defendant SCOTT STANDER
and non-party THE STANDER GROUP, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

**ROB KOLSON CREATIVE PRODUCTIONS, INC.,**

Plaintiff,

v.

**SCOTT STANDER,**

Defendant.

Case No. 2:18-cv-06789 VAP(GJS)

**DECLARATION OF PETER J. BABOS IN RESPONSE TO COURT'S OSC RE PAYMENT OF ATTORNEY'S FEES SANCTIONS**

[Honorable Gail J. Standish]

Comes Now PETER J. BABOS, attorney for Defendant SCOTT STANDER and non-party THE STANDER GROUP, INC. who responds to the Court's OSC Re Payment of Attorney's Fees Sanctions by his Declaration as set forth below.

///

///

///

LAW OFFICES OF PETER J. BABOS
3731 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(310) 248-4822

LAW OFFICES OF PETER J. BABOS
3731 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(310) 248-4822

**DECLARATION OF PETER J. BABOS**

I, PETER J. BABOS, do declare as follows:

1. I am an attorney at law duly admitted to practice before all the courts in the State of California, including the federal U.S. District Court for the Central District of California, and am attorney of record for Defendant SCOTT STANDER and non-party THE STANDER GROUP, INC. herein. I have personal knowledge of the facts and events described herein, and if called as a witness, could and would testify thereto competently and under oath.

2. On January 15, 2020 this Court ordered me to show cause why I should not be held in contempt for failure to pay the attorney fees sanctions of $4,227.50 awarded jointly and severally against me, non-party The Stander Group, Inc, and Defendant Scott Stander in the Court Order dated October 23, 2019.

3. On January 21, 2020, I contacted attorney Richard Uss, counsel for Plaintiff, and offered payment of the sanctions by paying $700 on February 1, 2020 (including the minimum $200 payment to Plaintiff as ordered by the Court), and $500 each and every month thereafter until paid in full. On January 23, 2020, Mr. Uss responded to me in writing that this arrangement would be acceptable. It is my intent to see that these monetary sanctions are paid according to the agreed upon schedule.

4. I hope and trust that this payment arrangement satisfies Plaintiff, its counsel, and this Court regarding the attorney fee sanctions and apologize for any inconvenience and delay in this regard. I respectfully ask the Court to now discharge the OSC against me in this matter.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Dated: January 24, 2020.

*/s/ Peter J. Babos*

LAW OFFICES OF PETER J. BABOS
3731 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(310) 248-4822

RESPONSE TO COURT'S OSC RE ATTORNEY'S FEES SANCTIONS BY PETER J. BABOS

- 3 -