UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROB KOLSON CREATIVE PRODUCTIONS, INC., <br><br> Plaintiff <br><br> v. <br><br> SCOTT STANDER, <br><br> Defendant. | Case No. 2:18-cv-6789-VAP (GJS) <br><br> **ORDER ACCEPTING CERTIFIED FACTS, FINDINGS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE FOR A FINDING OF CIVIL CONTEMPT** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Registration of Judgment from Another District [Dkt. 1], all pleadings and other documents filed in this judgment debtor action, the Report and Recommendation of United States Magistrate Judge ("Report"), and Non-Party The Stander Group's ("TSG") Objections to the Report (including the declaration of counsel for both Defendant and The Stander Group, Peter J. Babos) [Dkt. 84]. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated.

Nothing in the Objections affects or alters the analysis and conclusions set forth in the Report. Nearly all of TSG's Memorandum of Points and Authorities in Support of its objections is a "Recap of Prior Legal Argument" [Dkt. 84 at 5], *i.e.*, a

re-argument of the very same position and cases presented to the Magistrate Judge concerning the issue of whether Defendant Scott Stander's filing of personal bankruptcy stays discovery or other proceedings involving third party TSG. No new facts or case law are included. In fact, the "recap" appears to be a cut-and-paste from TSG's prior briefing.

Having completed its review, the Court accepts the certified facts, findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that the Contempt Motion with respect to both TSG and Babos is GRANTED as follows:

(1) TSG and Babos are held in contempt for failing to comply with the Court's October 23, 2019 discovery and sanctions order;

(2) TSG must immediately produce all of the documents requested by Plaintiff and must file, within two weeks of the entry of this Order, a declaration stating that TSG has complied with the order or explaining any non-compliance;

(3) TSG and Babos (jointly and severally) must pay to Plaintiff $4,227.50 in attorney's fees, minus any payments previously made, as required by the initial order;

(4) TSG and Babos must pay an additional $6,012.50 ($2,112.50 for Plaintiff's opening brief and $3,900.00 for the Court-ordered supplemental briefing) payable to Plaintiff for further fees incurred litigating the contempt motion;

(5) Attorney Babos' is hereby referred to the Central District of California's Attorney Disciplinary Committee for investigation; and

//
//
//
//

| | | |
|---|---|---|
| 1 | (6) | that the Clerk of the Court forward a copy of the Magistrate |
| 2 | | Judge's Report and Recommendation [Dkt. 83] and this Order to |
| 3 | | the State Bar of California, Intake, 845 South Figueroa Street, |
| 4 | | Los Angeles, CA 90017. |

DATE: August 19, 2020

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

3